[No. 13018-8-I.  Division One.  May 9, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK
VALENTIN HERNANDEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-03268-5, Patricia H. Aitken, J., entered April 8, 1983. *Affirmed* by unpublished opinion per Swan-

1040

son, J., concurred in by Scholfield, A.C.J., and Williams, J.